**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

RUSSELL BERGER,
ADC #115855                                                                                          PLAINTIFF

v.                                            5:11-cv-00171-JLH-JTK

STEVE OUTLAW, et al.                                                                     DEFENDANTS

**ORDER**

The Court has determined that service is appropriate for Defendants Outlaw, Straughn, Evans, and Hobbs, on Plaintiff's claim concerning the unconstitutional confiscation of his publications. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendants Outlaw, Straughn, Evans, and Hobbs. The Clerk of the Court shall prepare summons for the Defendants and the United States Marshal is hereby directed to serve a copy of the Complaint (Doc. No. 2) and summons on these Defendants in care of the Arkansas Board of Correction and Community Punishment Compliance Division, P.O. Box 20550, Pine Bluff, AR 71612-0550, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 5th day of October, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE