**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

RUSSELL BERGER,
ADC #115855                                                                                                                                                PLAINTIFF

v.                                       5:11-cv-00171-JLH-JTK

STEVE OUTLAW, et al.                                                                          DEFENDANTS

**ORDER**

The Court has determined that counsel shall be appointed to represent the Plaintiff.

Pursuant to 28 U.S.C. § 1915(e)(1) and Local Rule 83.7, Michael J. Knollmeyer, 2525 John Harden Drive, Jacksonville, AR 72076-4405, 501-985-1760, is hereby appointed to represent Plaintiff Russell Berger in all further proceedings in this action.

THE CLERK IS HEREBY DIRECTED to send counsel and Plaintiff a copy of this Order. Counsel is also directed to access and review Local Rule 83.7 regarding appointment of counsel, and Local Rule 83.6 regarding reimbursement of out-of-pocket expenses, through the Court's web site (www.are.uscourts.gov).[1] Pursuant to Rule 83.7, counsel must make written application to withdraw within twenty-one (21) days; otherwise, the appointment will be effective.

IT IS SO ORDERED this 22nd day of August, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel may obtain a copy of the case file, on disk, by contacting the Courtroom Deputy.