IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RUSSELL BERGER,                                                                          PLAINTIFF
ADC #115855

v.                              No. 5:11CV00171 JLH-JTK

STEVE OUTLAW, Deputy Warden,
Maximum Security Unit, Arkansas Department
of Correction, *et al*.                                                                  DEFENDANTS

## ORDER

Plaintiff's motion to dismiss this action voluntarily is GRANTED. Document #69. This action is hereby dismissed without prejudice.

IT IS SO ORDERED this 27th day of February, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE