# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

RUSSELL BERGER,                                                                                             PLAINTIFF
ADC #115855

v.                                          No. 5:11CV00171 JLH-JTK

STEVE OUTLAW, Deputy Warden,
Maximum Security Unit, Arkansas Department
of Correction, *et al*.                                                                                     DEFENDANTS

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

The Court certifies that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 27th day of February, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE